## AMARILLO OIL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.
### No. 1204.

Circuit Court of Appeals, Tenth Circuit.
Dec. 31, 1934.

H. B. McCawley, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed for failure to prosecute.

## BENDIX PRODUCTS CORPORATION v. NATIONAL LABOR RELATIONS BOARD et al.
### No. 5441.

Circuit Court of Appeals, Seventh Circuit.
May 8, 1935.

Edwin H. Cassels, Barry Gilbert, and Richard Bentley, all of Chicago, Ill. (Cassels, Potter & Bentley, of Chicago, Ill., of counsel), for petitioner Bendix Products Corporation.

Wendell Berge, Sp. Asst. to Atty. Gen., Harold M. Stephens, Asst. Atty. Gen., Carl McFarland and Golden W. Bell, Sp. Assts. to Atty. Gen., Herbert Borkland, Sp. Atty., and Robert B. Watts, Sp. Counsel National Labor Relations Board, of New York City (Thomas I. Emerson, of Washington, D. C., of counsel), for respondent National Labor Relations Board.

Charlton Ogburn, of New York City, for respondent United Automobile Workers' Federal Union No. 18347.

Lewis W. Hammond, of South Bend, Ind., for respondent Bendix Employees' Association.

PER CURIAM.

Upon motions of petitioner and respondent National Labor Relations Board, made pursuant to stipulation on file in the above cause, it is ordered by the court that the petition for review of an order of the National Labor Relations Board, filed by petitioner herein, and the application for enforcement of said order, filed by respondent National Labor Relations Board herein, be, and the same are, hereby dismissed without prejudice.

## William A. BARBER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
### No. 178.

Circuit Court of Appeals, Second Circuit.
June 10, 1935.

William H. Matthews, Jr., of New York City, for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Berryman Green, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.